**KOLLER LAW LLC**
David M. Koller, Esq. (90119)
Jordan D. Santo, Esq. (320573)                    *Counsel for Plaintiff*
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
T: (215) 545-8917
F: (215) 575-0826
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SEAN MOORE,** | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No. 23-cv-3087** |
| **v.** | : | **(Judge Reid)** |
| | : | |
| **RESTORE INTEGRATIVE** | : | |
| **WELLNESS CENTER, et al.,** | : | |
| **Defendants.** | : | |

**<u>PLAINTIFF'S PRETRIAL MEMORANDUM</u>**

Plaintiff Sean Moore ("Plaintiff"), by and through his undersigned counsel, in accordance

with this Court's April 22, 2025, Order (ECF No. 32), hereby submits his Pretrial Memorandum,

showing the Court as follows:

I. **The Identity of Each Expert Witness to be Called at Trial by Plaintiff with a**

    **Summary of the Expert's Opinions:** N/A

II. **The Identity of Each Fact Witness to be Called at Trial with a Concise Statement**

    **of the Nature and Substance of the Expected Testimony:**

    a. Sean Moore, Plaintiff. Plaintiff will testify regarding his medical

       conditions/disabilities; need for FMLA leave; taking leave; communications with

       Defendants representatives; attempts to return to work; his termination; and

       Plaintiff's Damages.

1

b.  James Bonner, Director of People and Culture, at Defendant Restore Dispensaries (as if on cross). Plaintiff anticipates Mr. Bonner will testify about Plaintiff's work performance; Plaintiff's employment; Plaintiff's requests for, and taking, of leave; and Plaintiff's termination.

c.  Rebecca "Becky" Koval, Director of Operations at Defendant Restore Dispensaries (as if on cross). Plaintiff anticipates Ms. Koval will testify regarding Plaintiff's employment

d.  Frankie Koon, Human Resources Coordinator at Defendant Restore Dispensaries (as if on cross). Plaintiff anticipates Mr. Koon will testify regarding Plaintiff's application for FMLA leave and his communications with Plaintiff.

**III.  Designations, Specifically Citing those Portions by Page and Line Number, of Written or Video Deposition Testimony to be Offered at Trial:** None.

**IV.  An Itemized Statement of Damages or Other Relief Sought:**

a.  Plaintiff seeks Lost Wages (back pay and potentially front pay), compensatory damages for emotional distress/mental anguish, punitive and/or liquidated damages, attorneys' fees and costs, as well as equitable relief in the form of an allowance to compensate for the negative tax consequences of a lump-sum award in a single tax year. Plaintiff also seeks punitive and liquidated damages.

b.  Plaintiff estimates his lost wages through December 11, 2025, to be approximately $90,798. His lost wages will continue to accrue at a rate of approximately $69.70 per day until this matter resolves.

   i.  Plaintiff's annual pay at the time of his termination was $60,000.00. Had Defendant not terminated Plaintiff on or about September 14, 2022, he would have earned approximately $194,628 through December 11, 2025.

Plaintiff subsequently obtained employment with Orkin from November 14, 2022 through May 3, 2023.

   ii.   He mitigated his damages by earning approximately $30,000 annually in this position for an estimated total of approximately $13,974.

   iii.   Thereafter, Plaintiff obtained employment at Trulieve earning $18 per hour and working 40 hours per week (annualized at $34,560).

   iv.   In total, he has mitigated his damages by earning approximately $89,856.

**V.    A Statement of Any Anticipated Important Legal Issues Which Will Require a Ruling Together with Counsel's Single Best Authority on Each Such Issue:**

Plaintiff does not anticipate such legal issues.

**KOLLER LAW, LLC**

Dated: February 2, 2026        By:    /s/ David M. Koller
                              David M. Koller, Esquire
                              *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, David M. Koller, Esquire, hereby certify that a true and correct copy of the foregoing

Plaintiff's Pretrial Memorandum was served via the court's electronic filing system on February

2, 2026, on counsel of record.

**KOLLER LAW, LLC**

By:    <u>/s/ David M. Koller</u>
       David M. Koller, Esquire
       *Attorney for Plaintiff*