**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEAN MOORE | : | |
| v. | : | NO 23-CV-3087 SWR |
| RESTORE INTEGRATIVE WELLNESS CENTER, et al. | : | |

**O R D E R**

AND NOW, this 1st day of September, 2026, upon consideration of Restore Integrative Wellness Center's Renewed Motion for Judgment as a Matter of Law Under Fed. R. Civ. Pr. 50(b), docketed herein as ECF Doc. No. 63, and the response thereto, it is hereby ORDERED that:

1. The punitive damages award against Restore Integrative Wellness Center shall be reduced from $100,000.00 to **$75,000.00**;

3. The Motion is otherwise DENIED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE