**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEAN MOORE | : | |
| v. | : | |
| | : | NO. 23-CV-3087 |
| RESTORE INTEGRATIVE WELLNESS CENTER d/b/a RESTORE DISPENSARIES | : | |

**O R D E R**

AND NOW, this 16th day of November, 2026, upon reconsideration of Plaintiff's Motion to Amend the Judgment, ECF Doc. No. 64, and in the absence of a response thereto, it is hereby ORDERED that

An Amended Judgment is **ENTERED** in this case in favor of Plaintiff Sean Moore and against Defendant Restore Integrative Wellness Center in the amount of **$358,465.93**, consisting of: $25,000.00 in non-economic compensatory damages; $78,500.00 in backpay; $25,000.00 in punitive damages; $14,333.37 in pre-judgment interest; $93,833.37 in liquidated damages under FMLA; $49,802.53 in attorneys' fees; and $494.66 in costs.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE